IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR262** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **AMBER RAE FORBES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS matter is the Court on the Defendant's motion for an order to seal a certain document. (Filing No. 112)

The Court, being fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED:

1. The Defendant's Motion for an order to seal certain documents (Filing No. 112) is granted; and

2. The document named in Defendant's motion to seal shall be filed under seal.

DATED this 5th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
United States District Judge